**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
David R. Norton, SBN 291448
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
COUNTY OF SAN JOAQUIN

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBAS BAHARI, | Case No. 2:19-cv-01023-KJM-DB |
| Plaintiff, | |
| v. | **JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER AND ORDER** |
| COUNTY OF SAN JOAQUIN; and DOES 1 through 50, inclusive, | |
| Defendants. | Complaint Filed: June 5, 2019 |

This Stipulation is entered into by and between Plaintiff ABBAS BAHARI ("Plaintiff") and Defendant COUNTY OF SAN JOAQUIN ("Defendant") (collectively, "the Parties") by and through their respective counsel. The Parties enter into this stipulation and proposed order in compliance with the Federal Rule of Civil Procedure 16(b) and the requirements of the scheduling order. The parties request to continue all deadlines related to this action by six months.

WHEREAS, this case does not currently have a trial date;

WHEREAS, San Joaquin County General Hospital ("hospital") is a San Joaquin County entity which employed Plaintiff during the relevant time period of Plaintiff's claims;

WHEREAS, the hospital and its employees are key witnesses in this action;

WHEREAS, the hospital has been severely impacted by the issues presented by the COVID-19

pandemic. The hospital has been over capacity and its key personnel have been forced to prioritize its response to COVID-19 over participation in this litigation. The County of San Joaquin remains in the State's purple tier category with respect to COVID-19.

WHEREAS, the Parties have conferred and agreed to attempt to reschedule the depositions of key hospital witness in May or June provided that the conditions at the hospital improve.

WHEREAS, the parties have expressed interest in engaging in settlement discussions. The Parties believe further settlement discussions in the next few months may be fruitful to resolve the matter. However, the Parties need to conduct discovery in this matter to assess whether settlement is feasible.

WHEREAS, there have been no previous modifications of the scheduling order in this matter.

WHEREAS, the parties have met and conferred and stipulate to continue discovery and dispositive motion deadlines by approximately six months.

WHEREAS, the Parties have conferred and propose the following scheduling amendments:

| | |
|---|---|
| Last day to complete non-expert discovery: | December 13, 2021 |
| Last day to disclose expert witnesses: | February 21, 2022 |
| Last day to disclose rebuttal expert witness: | March 17, 2022 |
| Last day to complete expert discovery: | April 1, 2022 |
| Last day to hear dispositive motions | January 31, 2022 |

For the reasons stated above, the parties submit that good cause exists for a further continuance of all deadlines in this action by approximately six months.

**IT IS SO STIPULATED**.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Dated:  April 12, 2021                                       PORTER SCOTT

{02400269.DOCX}                          2
**JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER AND ORDER**

A PROFESSIONAL CORPORATION

By  */s/ David R. Norton*
    Carl L. Fessenden
    David R. Norton
    Attorneys for Defendant

Dated:  April 12, 2021                BOHM LAW GROUP, INC.

By  */s/ Scott Zienty* (as approved on 4/2/2021)
    Lawrence Bohm
    Scott Zienty
    Kelsey Ciarimboli
    Attorneys for Plaintiff

## **ORDER**

For good cause shown, the court **grants** the stipulation and approves the new deadlines, except for the deadline for dispositive motions to be heard.  The court sets the deadline for dispositive motions to be heard for February 11, 2022.

DATED:  April 12, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE