**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
David R. Norton, SBN 291448
Larissa C. Celaya, SBN 332882
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
EMAIL: cfessenden@porterscott.com
dnorton@porterscott.com
lcelaya@porterscott.com

Attorneys for Defendant
COUNTY OF SAN JOAQUIN

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBAS BAHARI, | Case No. 2:19-cv-01023-KJM-DB |
| Plaintiff, | |
| v. | **JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER AND ORDER** |
| COUNTY OF SAN JOAQUIN; and DOES 1 through 50, inclusive, | |
| Defendants. | Complaint Filed: June 5, 2019 |

This Stipulation is entered into by and between Plaintiff ABBAS BAHARI ("Plaintiff") and Defendant COUNTY OF SAN JOAQUIN ("Defendant") (collectively, "The Parties") by and through their respective counsel. The Parties enter into this stipulation and proposed order in compliance with the Federal Rule of Civil Procedure 16(b) and the requirements of the scheduling order. The parties request to continue non-expert and expert discovery deadlines as well as the dispositive motion hearing deadlines by six months.

WHEREAS, this case does not currently have a trial date;

WHEREAS, the current deadline for non-expert discovery is December 13, 2021, the current deadline for expert discovery is April 1, 2022, and the last day to hear dispositive motions is February 11,

{02486830.DOCX}
1
**JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER AND ORDER**

2022.

WHEREAS, the parties have diligently conducted discovery, including exchanging written discovery and conducting several partial depositions of Plaintiff and other key witnesses for the County of San Joaquin. These depositions still need to be completed and depositions of other third party witnesses still need to be conducted.

WHEREAS, the parties recently engaged in mediation with mediator Jeffery Owensby. The parties are in continuing, good faith settlement negotiations through Mr. Owensby which will potentially resolve the case.

WHEREAS, continued negotiations require certain board approvals by the County Board of Supervisors and the County's insurers.

WHEREAS, the board approval meetings which are necessary for continued good faith settlement negotiations are unable to be scheduled until September/October 2021.

WHEREAS, the parties agree that an additional six-month continuance would permit the parties enough time to engage in meaningful settlement negotiations prior to the parties having to expend a significant amount of costs completing discovery and preparing a motion for summary judgment;

WHEREAS, the Parties have conferred and propose the following scheduling amendments:

| | |
|---|---|
| Last day to complete non-expert discovery: | June 13, 2022 |
| Last day to disclose expert witness: | August 18, 2022 |
| Last day to disclose rebuttal expert witness: | September 16, 2022 |
| Last day to complete expert discovery: | September 30, 2022 |
| Last day to hear dispositive motions: | August 11, 2022 |

Good cause exists for a six-month continuance of the above deadlines to allow the parties sufficient time to explore the possibility of reaching a settlement agreement. Thus, the parties are requesting a six-month continuance of the above stated deadlines.

///

///

///

///

{02486830.DOCX}

2

**JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER AND ORDER**

**IT IS SO STIPULATED.**

Dated:  September 6, 2021         PORTER SCOTT
                                  A PROFESSIONAL CORPORATION


                                  By  */s/ David R. Norton*
                                      Carl L. Fessenden
                                      David R. Norton
                                      Larissa C. Celaya
                                      Attorneys for Defendant


Dated:  September 6, 2021         BOHM LAW GROUP, INC.

                                  By  */s/ Kelsey K. Ciarimboli* (as approved on 08/30/21)
                                      Lawrance A. Bohm
                                      Kelsey K. Ciarimboli
                                      Scott C. Zienty
                                      Attorneys for Plaintiff

**ORDER**

Based on the stipulation of the parties, and on good cause appearing, the court enters the foregoing stipulated scheduling order with one modification. The last day to hear dispositive motions will be August 19, 2022, as August 11 is not an available civil law and motion date.

**IT IS SO ORDERED.**

DATED: September 7, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE